# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-3249

_____

Karolyn A. Handke,                *

                              *

         Appellant,           *

                              * Appeal from the United States

   v.                       * District Court for the

                              * Western District of Missouri.

McBride, Lock & Associates; Charles  *

H. McBride; Robert J. Lock,      *

                              * [UNPUBLISHED]

         Appellees.          *

_____

Submitted: February 4, 2011
Filed:  June 17, 2011

_____

Before MELLOY, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

Karolyn Handke appeals the district court's[1] dismissal for failure to exhaust her discrimination complaint against her former employer.  After careful de novo review, see Coons v. Mineta, 410 F.3d 1036, 1039 (8th Cir. 2005), we affirm.  We agree with the district court that Handke's lawsuit was untimely filed more than 90 days after she received a right-to-sue letter on her June 2009 charge, which alleged her discharge was motivated by discrimination.  Handke could not cure her untimeliness by filing

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

a second charge based on the same adverse employment action.  See Spears v. Mo. Dep't of Corr. & Human Res., 210 F.3d 850, 853 & n.2 (8th Cir. 2000); Williams v. Little Rock Mun. Water Works, 21 F.3d 218, 222 (8th Cir. 1994).

Accordingly, we affirm.  See 8th Cir. R. 47B.

_____